Certificate Number: 16339-WIE-DE-038576708

Bankruptcy Case Number: 24-22327



16339-WIE-DE-038576708

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 15, 2024, at 5:13 o'clock PM EDT, Christopher Knight completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: June 15, 2024     By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor